UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
GARY PRUSA and, ) Case No. 18-70956
DEBORAH PRUSA ) Chapter 13
)
       Debtors. )

**RESPONSE BY THE INTERNAL REVENUE SERVICE TO THE DEBTORS' MOTION FOR SANCTIONS (R.66) AGAINST THE INTERNAL REVENUE SERVICE**

The United States of America, on behalf of the Internal Revenue Service, by Gregory K. Harris, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David H. Hoff, in response to the Debtors' Motion for Sanctions (R.66) filed on October 18, 2022, states as follows:

    1.    The Internal Revenue Service admits the allegations of Paragraph 1 of said Motion.

    2.    The Internal Revenue Service admits the allegations of Paragraph 2 of said Motion.

    3.    The Internal Revenue Service admits the allegations of Paragraph 3 of said Motion.

    4.    The Internal Revenue Service does not have sufficient information to either admit or deny the allegations set forth in Paragraph 4, of said Motion, and demands strict proof thereof.

    5.    The Internal Revenue Service does not have sufficient information to either admit or deny the allegations set forth in Paragraph 5, of said Motion, and

demands strict proof thereof, except that it admits that the attachment appears to be an amount due form of the Internal Revenue Service.

6. The Internal Revenue Service admits that it has not filed either an amended or new Proof of Claim as alleged in said paragraph 6 of the Motion, and does not have sufficient information to either admit or deny the remainder of the allegations set forth in Paragraph 6, of said Motion, and demands strict proof thereof.

7. The Internal Revenue Service does not have sufficient information to either admit or deny the allegations set forth in Paragraph 7 of said Motion, and demands strict proof thereof.

8. The Internal Revenue Service denies that it intentionally violated the automatic stay, as alleged in paragraph 8 of the Motion, and does not have sufficient information to either admit or deny the remainder of the allegations of said paragraph, and demands strict proof thereof.

9. The Internal Revenue Service does not have sufficient information to either admit or deny the allegations set forth in Paragraph 9 of said Motion, and demands strict proof thereof.

Affirmatively, the Internal Revenue Service first alleges that:

There is no waiver of sovereign immunity that allows the Debtors to collect punitive damages against the federal government for willful violations of the automatic stay. Consequently, even if the Debtors could prove that the Internal Revenue Service willfully violated the automatic stay, they are barred by law from recovering punitive

damages against the federal government that they are seeking in ¶¶ b and c of their Prayer for Relief in their Motion for Sanctions (R.66, p.3). See 11 U.S.C. § 106(a)(3) and *Baird v. United States of America,* 319 B.R. 686, 690 (Bankr.M.D.Ala.2004).

Affirmatively, the Internal Revenue Service further alleges that, even if the Debtors could prove that the Internal Revenue Service willfully violated the automatic stay, the actual damages that may be recovered against the federal government for a willful violation of the automatic stay by the IRS are controlled by 26 U.S.C. § 7433(e). Under that section, administrative and litigation costs are allowed only as prescribed by 26 U.S.C. § 7430. Consequently, all claims by the Plaintiffs seeking damages and costs and fees outside of the limited authority granted by these statutes should be dismissed for lack of sovereign immunity and failure to state a valid cause of action. Also see *Baird,* at 319 B.R. 690.

Wherefore, for the above-recited reasons, the Defendant Internal Revenue Service prays this Court deny the Debtors' Motion for Sanctions, unless it is proven by competent evidence as required by law, and that any and all relief, awarded to the Debtors, if any, be awarded in strict compliance with applicable law.

    Respectfully Submitted

    GREGORY K. HARRIS
    United States Attorney

BY:    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234072
    U.S. Attorney's Office
    201 S. Vine Street, Ste. 226
    Urbana, IL 61802-3369
    Ph.: 217/373-5875/Fax: 217/373-5891
    david.hoff@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2022, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system. And on this same date, Notice by electronic transmission was sent to the following persons through the Court's CM/ECF electronic mail system at the email addresses listed below:

CM/ECF:

John L GreenLeaf, Jr on behalf of Debtor Gary S Prusa
GreenLeafLaw@comcast.net, r41246@notify.bestcase.com

John L GreenLeaf, Jr on behalf of Joint Debtor Deborah J Prusa
GreenLeafLaw@comcast.net, r41246@notify.bestcase.com

                By:    s/David H. Hoff
                          DAVID H. HOFF, Bar No. 1234072
                          Assistant United States Attorney
                          201 S. Vine Street, Suite 226
                          Urbana, IL 61802
                          Phone: 217/373-5875
                          Fax: 217/373-5891
                          david.hoff@usdoj.gov